# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | District<br>**ARIZONA** |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Jesus PRESIADO-Romero<br>DOB: 1965 Citizen: Mexico<br>Arnulfo REYES-Burboa<br>DOB: 1979 Citizen: Mexico | DOCKET NO.<br><br>CASE CONTROL NO.<br>**PTCA120200318**<br>MAGISTRATE CASE NO.<br>**12-10074M-** |

Complaint for violation of Title **21**    United States Code § **846**

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about February 4, 2012 at or near Sonoita, Arizona, in the district of Arizona, Jesus PRESIADO-Romero and Arnulfo REYES-Burboa, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is approximately 112 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:**

On February 04, 2012, United States Border Patrol agents were working their assigned area near Sonoita, Arizona. While patrolling the area agents responded to sensor activation near Mount Washington. The responding agents found foot sign and burlap fibers hanging from tree branches. Two individuals were apprehended, later identified as Jesus PRESIADO-Romero and Arnulfo REYES-Burboa. In a post Miranda statement PRESIADO-Romero showed the Agents where he, and the others in his group, hid bundles of marijuana. While in custody, a search of the area revealed five bundles containing marijuana with a total approximate weight of 112 kilograms. In a post Miranda interview PRESIADO-Romero admitted to carrying a bundle of marijuana in exchange for waiving a smuggling fee to Tucson, AZ. REYES-Burboa admitted to being a facilitator in order to further the drug smuggling progress of this group. He further stated that, in exchange for his services, his smuggling fee to Salinas, CA was to be waived.

**MATERIAL WITNESSES IN RELATION TO THIS CHARGE**
Border Patrol Agents(s) **MUIR, Fred, VAN ORMAN, Daniel, CORDICE, Ewan, CLAASSEN, Brian**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence, | |
| SIGNATURE OF MAGISTRATE JUDGE (1) | DATE<br>**February 06, 2012** |

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AO 91 (Rev. 11/82)